# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

KEEYON SMART, JUWANE SMART,
AND DEMOND SMART

NO.   2022 CW 0552

VERSUS

BENNIE WALKER, III

**SEPTEMBER 19, 2022**

---

In Re:   Freeway Insurance Services America, LLC, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 673444.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

   **WRIT GRANTED.**  Relator, Freeway Insurance Services America, LLC, filed a motion for summary judgment and pointed out the absence of factual support for one or more elements essential to plaintiffs' claim that relator provided to insurance coverage to Bennie Walker, III, at the time of the collision at issue.  As the parties seeking coverage under an insurance policy, plaintiffs had the burden of proving the existence of coverage, which included proving that the defendant was insured by the policy at issue.  See **Beavers v. Hanover Ins. Co.**, 2021-0070 (La. App. 1st Cir. 10/8/21), 331 So.3d 340, 343.  Plaintiffs failed to meet their burden of producing factual support sufficient to establish the existence of a genuine issue of material fact as to insurance coverage.  Accordingly, we hereby grant the writ application and reverse the judgment of the trial court dated April 29, 2022, which denied relator's motion for summary judgment, and render judgment dismissing the plaintiffs' claims against Freeway Insurance Services America, LLC, with prejudice.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_d.Sr̃_

---
DEPUTY CLERK OF COURT
FOR THE COURT